UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRIAM ZAYAS,

          Plaintiff,

v.

DEPARTMENT OF CHILDREN YOUTH AND FAMILIES,

          Defendant.

CASE NO. 2:22-cv-01085-TL

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable District Judge Tana Lin.

DATED this 4th day of August, 2022.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge